1048

No. 78–665. MOLINA *v.* RICHARDSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–674. MAYER *v.* OHIO STATE BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 78–676. HICKOK ELECTRICAL INSTRUMENT CO. *v.* TEKTRONIX, INC., ET AL. Ct. Cl. Certiorari denied.

No. 78–679. KUGEL *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 78–681. NOLTE *v.* BUDD CO. C. A. 6th Cir. Certiorari denied.

No. 78–712. ARA SERVICES, INC. *v.* SOUTH CAROLINA TAX COMMISSION. Sup. Ct. S. C. Certiorari denied.

No. 78–745. FAVREAU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–747. LEE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–794. WASHINGTON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–798. GLIATTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–801. KIRK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5289. BRETZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5302. JOHNSON *v.* OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.